DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 459P00-3 | State v. William M. Huggins | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP13-147) | See Special Order **08/27/13** |
|---|---|---|---|
| 488P10-3 | Juan Carlos Ramirez v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 491A93-4 | State v. Daniel Peterson | 1. Def's *Pro Se* PWC to Review the Order of Cumberland County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 538P11-2 | State v. Joshua K. Caudill | 1. Def's NOA Based Upon a Constitutional Question (COA12-1064)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>**Beasley, J., Recused** |
| 576P07-3 | Moses Leon Faison v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 580P05-5 | In Re: David Lee Smith | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **07/22/13** |
| 580P05-6 | David L. Smith v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's Pro Se Petition for *Writ of Mandamus* | Denied **07/31/13** |
| 580P05-7 | David L. Smith v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Motion for Leave to File Motion to Amend or Supplement Brief Pursuant to N.C.G.S. to His Application for *Writ of Mandamus* | Dismissed |